UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BEATRICE LUEVANO | § | |
|     *Plaintiff,* | § | CIVIL ACTION NO.: |
| | § | 5:14-CV-00088-DAE |
| V. | § | |
| | § | |
| GLASER TRUCKING SERVICE, INC., | § | |
| AND DONALD MITCHELL HAY, | § | |
|     *Defendants.* | | |

# JOINT ADR REPORT

COME NOW Plaintiff, Beatrice Luevano and Defendants Glaser Trucking Service, Inc. and Donald Mitchell Hay and pursuant to Local Rule CV-88 of the Western District of Texas, submit this ADR report and would respectfully show unto this Honorable Court as follows:

### Status of Settlement Negotiations

The parties have initiated written discovery, however, further discovery is still necessary to evaluate the claims and defenses in this matter. Additionally, all parties plan to continue to pursue settlement negotiations in compliance with this Court's Scheduling Order.

### Persons Responsible for Settlement Negotiations for Each Party

Marco A. Salinas, State Bar Number 00794583 with Knickerbocker, Heredia, Jasso & Stewart, P.C., represents Plaintiff, Beatrice Luevano, in this matter and is responsible for settlement negotiations on Plaintiff's behalf. Plaintiff, Beatrice Luevano will attend any mediation.

Ryan A. Todd, State Bar Number 24033393 with the Law Office of Mark E. Macias represents Defendants, Glaser Trucking Service, Inc. and Donald Mitchell Hay, in this matter and is responsible for the settlement negotiations on behalf of his clients. David Van Cura will also

participate in any mediation on behalf of Defendants.

## Appropriateness of ADR in this Case

ADR is appropriate in this case, specifically in the form of mediation.

## Certification that Clients have been Informed of ADR Procedures

Plaintiff, Beatrice Luevano and Defendants, Glaser Trucking Service, Inc. and Donald Mitchell Hay have been informed by their respective attorneys of the ADR Procedures available in the Western District of Texas, including early neutral evaluation, mediation, mini-trial, moderated settlement conference, summary jury trial, arbitration, and of the possibility of any other ADR method suggested by a party or which the Court believes is suited to this litigation.

## Scheduled Mediation

The parties have agreed to mediation and on a mediator, Douglas Ketterman of San Antonio and have discussed scheduling a mediation sometime in August or September of 2014.

Respectfully submitted,


　/s/ Ryan A. Todd
RYAN A. TODD
Texas State Bar No. 24033393
LAW OFFICE OF MARK E. MACIAS
1100 NW Loop 410, Suite 370
San Antonio, Texas 78213
Telephone: 210-949-0166
Facsimile:  210-949-1338
Email: toddr5@nationwide.com
**ATTORNEY FOR DEFENDANTS,
GLASER TRUCKING SERVICE, INC. AND
DONALD MITCHELL HAY**


　/s/ Marco A. Salinas
MARCO A. SALINAS
Texas State Bar No. 00794583
KNICKERBOCKER, HEREDIA, JASSO &
STEWART, P.C.
468 Main Street
Eagle Pass, Texas 78842
830-773-9228
830-773-2582 Fax
Email: borderlawyer@hotmail.com
**Attorney for Plaintiff**

## Certificate Of Service

      I certify that on June __5th__ , 2014, I electronically filed the foregoing with the clerk of the court using the cm/ecf system which will send notification of such filing to the following:

    RYAN A. TODD
    Texas State Bar No. 24033393
    LAW OFFICE OF MARK E. MACIAS
    1100 NW Loop 410, Suite 370
    San Antonio, Texas 78213
    Telephone: 210-949-0166
    Facsimile: 210-949-1338
    Email: toddr5@nationwide.com
    **ATTORNEY FOR DEFENDANTS,**
    **GLASER TRUCKING SERVICE, INC. AND**
    **DONALD MITCHELL HAY**

                                            /s/ Marco A. Salias
                                            MARCO A. SALINAS